STATE OF NEW JERSEY v. EDMUNDO MOZAS.

January 10, 1989.

Petition for certifications denied.

STATE OF NEW JERSEY v. JAMES G. MADISON.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK GIBSON.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LINWOOD MICKEY.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CORNELL WOOD.

January 10, 1989.

Petition for certification denied.